IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTONIO DAMARCUS WOODSON,
     Petitioner,

vs.                          Case No.:  3:16cv180/RV/EMT

JULIE L. JONES,
     Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated October 27, 2017 (ECF No. 27).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 28), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      The petition for writ of habeas corpus (ECF No. 1) is **DENIED**.

3.      A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 14th day of November, 2017.


/s/ *Roger Vinson*                    
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:16cv180/RV/EMT